ACCEPTED
14-15-00533-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/23/2015 8:55:57 AM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS FOR THE
## FOURTEENTH DISTRICT OF TEXAS
### NO. 14-15-00533-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/23/2015 8:55:57 AM
CHRISTOPHER A. PRINE
Clerk

**JOHN EDWARD WALLACE**
Appellant,

V.

**THE STATE OF TEXAS**
Appellee

On Appeal From the 228th
District Court Harris County
Trial Cause No. 1434699

## CERTIFICATION OF NOTIFICATION OF RIGHT
## TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

ANGELA CAMERON counsel for Appellant in the above cause number, respectfully informs the Court counsel sent a copy of this court's opinion to Appellant and informed Appellant of his right to file a pro se petition for discretionary review. This notification was sent by Certified mail. A copy of the "green card" receipt is attached.

Respectfully submitted,

Alexander Bunin
Chief Public Defender

Angela Cameron
State Bar No. 00788672
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, Texas 77002
Tel: 713-368-0016
Email: angela.cameron@pdo.hctx.net

## SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOHN E. WALLACE
SPN NO. 003024484
JA09/3E1A01G
1200 BAKER STREET
HOUSTON, TX 77002

Re: Wallace v. State
Opinion

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____   ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
John Wallace                    9-8-20

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Certified Mail®        ☐ Priority Mail Express™
☐ Registered             ☐ Return Receipt for Merchandise
☐ Insured Mail           ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7010 1870 0000 4698 7109

PS Form 3811, July 2013        Domestic Return Receipt